**FILED**
FEB - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROLEX WATCH U.S.A., INC.  )
665 Fifth Avenue          )
New York, New York 10022, )
                          )
                          )  Case No.:  **07 0272**
       Plaintiff,         )
                          )
   vs.                    )
                          )
                          )
VARIOUS JOHN DOES NOS. 1-300, and  )
XYZ COMPANIES NOS. 1-20,  )
                          )
       Defendants.        )

## ORDER GRANTING MOTION TO FILE COMPLAINT AND MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER UNDER SEAL

Before this Court is Plaintiff Rolex Watch U.S.A., Inc.'s Motion to File Complaint and Motion for <u>Ex Parte</u> Temporary Restraining Order Under Seal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Rolex Watch U.S.A., Inc.'s Motion to File Complaint and Motion for <u>Ex Parte</u> Temporary Restraining Order Under Seal in this proceeding is GRANTED.

_____
JUDGE; UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Dated:  Washington, D.C.

February 6, 2007

ISSUED: 12:00 p.m.

::ODMA\PCDOCS\WSH\413044\1