UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC.<br>665 Fifth Avenue<br>New York, New York 10022<br><br>       Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S DISCLOSURE STATEMENT
FILED PURSUANT TO LOCAL CIVIL RULE 26.1

    I, the undersigned, counsel of record for plaintiff Rolex Watch U.S.A., Inc. ("Rolex") certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Rolex which have any outstanding securities in the hands of the public: Montres Rolex S.A.

    This representation is made in order that judges of this court may determine the need for recusal.

Dated: February 2, 2007

Respectfully submitted,

/s/ Ivan J. Snyder_____
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)
ATTORNEYS FOR PLAINTIFF
ROLEX WATCH U.S.A., INC.

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

::ODMA\PCDOCS\WSH\412971\1