UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>    Defendants. )<br>) | Case No.: 07-0272 (RCL) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW Rolex Watch USA, Inc. ("Rolex ") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1.   On March 1, 2007, Rolex executed seizures under the terms of this Court's February 7, 2007 Order.

2.   During those seizures, Rolex identified a vendor who was trading in counterfeit Rolex merchandise. This vendor is identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3.   Based on that declaration, Rolex requests that the Court enter the Order submitted herewith naming the identified vendor individually as a defendant in this action.

WHEREFORE, Rolex respectfully requests that the Court grant its Motion to Substitute Named Defendant for John Does and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

_/s/ Stephen R. Smith_____
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
ROLEX WATCH USA, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

Dated:  March 6, 2007

::ODMA\PCDOCS\WSH\415029\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>　　　　Defendants. )<br>_____ ) | Case No.:  07-0272 (RCL) |

## DECLARATION OF SERVICE

1.　　　My name is Jack Smalley.  I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below.  I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2.　　　When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Second Amended Complaint; Plaintiff's Ex Parte Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3.　　　On March 1, 2007, service was effected on Kings Discount Store LLC, a business establishment located at 620 H St. N.E., Washington, DC 20002.  Five counterfeit items were seized.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2007
Washington, D.C.

/s/ Jack Smalley
Jack Smalley

::ODMA\PCDOCS\WSH\415117\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROLEX WATCH U.S.A., INC. )
)
    Plaintiff, )
)
vs. )
) Case No.: 07-0272 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and )
XYZ COMPANIES NOS. 1-20, )
)
    Defendants. )
)

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

XYZ Company 1 is Kings Discount Store LLC.

Dated: _____     SO ORDERED:

 

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

::ODMA\PCDOCS\WSH\415116\1