UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROLEX WATCH U.S.A., INC.                )
                                        )
    Plaintiff,                          )
                                        )
vs.                                     )    Case No.: 07-0272 (RCL)
                                        )
VARIOUS JOHN DOES NOS. 1-300,           )
and XYZ COMPANIES NOS. 1-20,            )
                                        )
    Defendants.                         )
                                        )
                                        )

## PLAINTIFF'S MOTION TO UNSEAL

Plaintiff Rolex Watch U.S.A., Inc. hereby moves to unseal this matter and states as follows:

On February 6, 2007, this Court granted Plaintiff's motion to file the Complaint and Motion for <u>Ex Parte</u> Temporary Restraining Order ("the Complaint and Motion") in this matter under seal. Plaintiff required some element of surprise so that the vendors and shopkeepers did not remove these items from display before they were seized. Plaintiff has executed seizures of these items and did not publicize the requested seizures as required under under 15 U.S.C. §1116(d)(4)(b)(ii). However, the order sealing this matter is no longer necessary and Plaintiff requests that it be lifted.

WHEREFORE, Rolex Watch U.S.A., Inc. prays that this Court enter an order unsealing this matter.

|  |  |
|---|---|
| Dated: March 6, 2007 | Respectfully submitted,<br><br>/s/ Stephen R. Smith<br>Stephen R. Smith<br>D.C. Bar No. 453719<br>Ivan J. Snyder<br>D.C. Bar No. 498461<br>POWELL GOLDSTEIN LLP<br>901 New York Avenue, N.W.<br>Third Floor<br>Washington, D.C. 20001<br>202-347-0066<br>202-624-7222 (Facsimile)<br><br>ATTORNEYS FOR PLAINTIFF<br>ROLEX WATCH U.S.A., INC. |

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 07-0272 (RCL) |
| VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Rolex Watch U.S.A., Inc.'s Motion to Unseal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Rolex Watch U.S.A., Inc.'s Motion to Unseal in this proceeding is GRANTED.

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

March __, 2007

ISSUED: _____ _.m.

::ODMA\PCDOCS\WSH\415920\1

3