UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, )<br>and XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No.: 07-0272 (RCL)<br><br>**FILED**<br><br>MAR - 7 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Rolex Watch U.S.A., Inc.'s Motion to Unseal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Rolex Watch U.S.A., Inc.'s Motion to Unseal in this proceeding is GRANTED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

March 7, 2007

ISSUED: 5:10 p.m.

::ODMA\PCDOCS\WSH\115920\1

3