UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Case No.:    07-0272 (RCL) |
| | ) |
| VARIOUS JOHN DOES NOS. 1-300, | ) |
| and XYZ COMPANIES NOS. 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |

<u>ERRATA</u>

Plaintiff, Rolex Watch U.S.A., Inc. ("Rolex"), by and through undersigned counsel hereby files this Errata and Exhibits thereto.  On August 8, 2007, Plaintiff filed a Motion to Substitute Named Defendants for John Does, which included as exhibits the Declaration of Jack Smalley and a proposed order.  Inadvertently, the pleadings that were attached to the filings were those in a companion case, <u>Oakley, Inc. v. Various John Does, et al.</u>, Case No. 07-0275 (RCL), not those prepared for the instant case.  As such, Plaintiff hereby attaches a corrected filing that accurately reflects the pleading that should have been attached to its filing of August 8, 2007.

Respectfully submitted,

/s/ Ivan J. Snyder_____
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

                                                  ATTORNEYS FOR PLAINTIFF
                                                  ROLEX WATCH U.S.A., INC.
                                                  ATTORNEYS FOR PLAINTIFF
                                                  OAKLEY, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)


Dated:   August 8, 2007

::ODMA\PCDOCS\WSH\429699\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROLEX WATCH U.S.A., INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VARIOUS JOHN DOES NOS. 1-300, and | ) | Case No.:  07-0272 (RCL) |
| XYZ COMPANIES NOS. 1-20, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW Rolex Watch USA, Inc. ("Rolex ") moving this Court for an order

substituting Named Defendants for John Does and respectfully shows as follows:

1.      On April 19, 2007 and June 6, 2007, Rolex executed seizures under the terms of this

Court's March 7, 2007 Order.

2.      During those seizures, Rolex identified a number of vendors who were trading in

counterfeit Rolex merchandise.  Those vendors are identified in the Declaration of Jack Smalley,

which is attached hereto as Exhibit A.

3.      Based on that declaration, Rolex requests that the Court enter the Order submitted

herewith naming the identified vendors individually as a defendant in this action.

WHEREFORE, Rolex respectfully requests that the Court grant its Motion to Substitute

Named Defendant for John Does and grant it such other and further relief to which it may be justly

entitled.

Respectfully submitted,


 /s/ Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
ROLEX WATCH USA, INC.


OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)


Dated:   August 8, 2007

::ODMA\PCDOCS\WSH\428928\1

2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROLEX WATCH U.S.A., INC.    )
             )
   Plaintiff,      )
             )
  vs.         )
             ) Case No.:  07-0272 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and )
XYZ COMPANIES NOS. 1-20,   )
             )
   Defendants.    )
             )

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

XYZ Company 2 is Georgetown Cutting-Edge Gallery;

XYZ Company 3 is D.C. Styles, Inc.; and

John Doe 1 is Larry Costello Micheal.

Dated: _____    SO ORDERED:

            _____
            ROYCE C. LAMBERTH
            UNITED STATES DISTRICT JUDGE
            FOR THE DISTRICT OF COLUMBIA

::ODMA\PCDOCS\WSH\428932\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROLEX WATCH U.S.A., INC.                    )
                                            )
          Plaintiff,                        )
                                            )
     vs.                                    )   Case No.:  07-0272 (RCL)
                                            )
VARIOUS JOHN DOES NOS. 1-300, and           )
XYZ COMPANIES NOS. 1-20,                     )
                                            )
          Defendants.                       )
                                            )

DECLARATION OF SERVICE

1.     My name is Jack Smalley.  I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below.  I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2.     When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Second Amended Complaint; Plaintiff's Ex Parte Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3.     On April 19, 2007, service was effected on the following individual and/or business establishments:

          (a)     D.C. Styles, Inc., a business establishment located at 1342 H St. NE, Washington, D.C. 20002. Two counterfeit items were seized; and

          (b)     Georgetown Cutting-Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007.  One counterfeit items was seized.

4.    On June 6, 2007, service was effected on Larry Costello Micheal, who was vending 510 10th St. NW, Washington, D.C. Mr. Micheal resides at 701 Madison St. NW #100, Washington, D.C. 20011. One counterfeit item was seized..

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:    August 8, 2007
          Washington, D.C.


                                        /s/ Jack Smalley
                                        Jack Smalley


::ODMA\PCDOCS\WSH\428929\1