UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>) | Case No.: 07-0272 (RCL) |

<u>RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED</u>

I hereby certify under penalty of perjury, on this 18th day of March 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

1. On March 1, 2007, service was effected on Kings Discount Store LLC, a business establishment located at 620 H St. N.E., Washington, DC 20002.

2. On April 19, 2007, service was effected on the following individual and/or business establishments:

    (a) D.C. Styles, Inc., a business establishment located at 1342 H St. NE, Washington, D.C. 20002; and

    (b) Georgetown Cutting-Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007.

3. On June 6, 2007, service was effected on Larry Costello Micheal, who was vending at 510 10th St. NW, Washington, D.C. Mr. Micheal resides at 701 Madison St. NW #100, Washington, D.C. 20011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 18, 2008

Respectfully submitted,

_/s/ Ivan J. Snyder_____
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
ROLEX WATCH U.S.A.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

::ODMA\PCDOCS\WSH\445773\2