UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, | ) Case No.: 07-0272 (RCL) ) ) |
| Defendants. | ) ) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW Rolex Watch USA, Inc. ("Rolex") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1. On March 27, 2008, April 16, 2008, May 7, 2008, May 29, 2008, June 7, 2008, and June 12, 2008, Rolex executed seizures under the terms of this Court's March 11, 2008 Order.

2. During those seizures, Rolex identified a number of vendors who were trading in counterfeit Rolex merchandise. Those vendors are identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3. Based on that declaration, Rolex requests that the Court enter the Order submitted herewith naming the identified vendors individually as a defendant in this action.

WHEREFORE, Rolex respectfully requests that the Court grant its Motion to Substitute Named Defendant for John Does and grant it such other and further relief to which it may be justly entitled.

          Respectfully submitted,

            /s/ Ivan J. Snyder  
          Ivan J. Snyder  
          D.C. Bar No. 498461  
          POWELL GOLDSTEIN LLP  
          901 New York Avenue, N.W.  
          Third Floor  
          Washington, D.C. 20001  
          202-347-0066  
          202-624-7222 (Facsimile)

          ATTORNEYS FOR PLAINTIFF  
          ROLEX WATCH USA, INC.

OF COUNSEL:

Brian W. Brokate, Esquire  
Angelo E. P. Mazza, Esquire  
GIBNEY, ANTHONY & FLAHERTY  
665 Fifth Avenue  
New York, New York  
212-688-5151  
212-688-8315 (Facsimile)

Dated:  July 31,  2008

5188336-1       2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROLEX WATCH U.S.A., INC.           )
                                   )
    Plaintiff,                     )
                                   )
    vs.                            )
                                   )  Case No.: 07-0272 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and  )
XYZ COMPANIES NOS. 1-20,           )
                                   )
    Defendants.                    )
                                   )

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

   XYZ Company 4 is High Design; and

   John Doe 2 is Kamar Adu.


Dated: _____          SO ORDERED:


                                    _____
                                    ROYCE C. LAMBERTH
                                    UNITED STATES DISTRICT JUDGE
                                    FOR THE DISTRICT OF COLUMBIA


::ODMA\PCDOCS\WSH\428932\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>) | Case No.: 07-0272 (RCL) |

# DECLARATION OF SERVICE

1. My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2. When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Second Amended Complaint; Plaintiff's Ex Parte Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3. On March 27, 2008 , service was effected on John Doe, who was vending on the 1100 block of Madison Drive, NW, Washington, D.C.. Eighteen counterfeit items were seized.

4. On April 16, 2008, service was effected on the following individuals and/or business establishments:

    (a) John Doe, who was vending at the 3300 block of P Street NW, Washington, D.C. Seventeen counterfeit items were seized; and

  (b) John Doe, who was vending at the corner of Potomac and N Streets, NW, Washington, D.C. Eleven counterfeit items were seized.

 5. On May 7, 2008, service was effected on the following individual and/or business establishments:

  (a) John Doe, who was vending at the 3200 block of O Street NW, Washington, D.C. Eighteen counterfeit items were seized; and

  (b) John Doe, who was vending at the 1200 block of Madison Drive NW, Washington, D.C. Two counterfeit items were seized.

 6. On May 29, 2008, service was effected on the following individual and/or business establishments:

  (a) John Doe, who was vending at the 400 block of Jefferson Drive SW, Washington, D.C. Thirteen counterfeit items were seized; and

  (b) John Doe, who was vending at the 1200 block of Madison Drive NW, Washington, D.C. Nine counterfeit items were seized; and

  (c) Kamar Adu, who was vending at the 1200 block of Wisconsin Drive NW, Washington, D.C. Mr. Adu does not have a fixed address. Fifteen counterfeit items were seized.

 7. On June 7, 2008, service was effected on the following individual and/or business establishments:

  (a) High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Five counterfeit items were seized; and

  (b) John Doe, who was vending at the Florida Ave. Market, Washington, D.C. Twenty-eight counterfeit items were seized.

8. On June 12, 2008, service was effected on the following individuals and/or business establishments:

(a) John Doe, who was vending at the corner of O and Potomac Streets NW, Washington, D.C. Eight counterfeit items were seized; and

(b) John Doe, who was vending at the 3900 block of Minnesota Avenue NE, Washington, D.C. Nine counterfeit items were seized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2008
Washington, D.C.

/s/ Jack Smalley
Jack Smalley