UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>Defendants. )<br>) | Case No.: 07-0272 (RCL) |

**RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED**

I hereby certify under penalty of perjury, on this 12th day of August 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

1. On May 29, 2008, service was effected on Kamar Adu, who was vending at the 1200 block of Wisconsin Drive NW, Washington, D.C. Mr. Adu does not have a fixed address. Fifteen counterfeit items were seized.

2. On June 7, 2008, service was effected on High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Five counterfeit items were seized; and

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2008

Respectfully submitted,

 /s/ Ivan J. Snyder
Ivan J. Snyder
D.C. Bar No. 498461

2

                                                                     POWELL GOLDSTEIN LLP
                                                                     901 New York Avenue, N.W.
                                                                     Third Floor
                                                                     Washington, D.C. 20001
                                                                     202-347-0066
                                                                     202-624-7222 (Facsimile)

                                                                     ATTORNEYS FOR PLAINTIFF
                                                                     ROLEX WATCH U.S.A.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

5196852-1                                    2